No. 72–617. GERTZ *v.* ROBERT WELCH, INC. C. A. 7th Cir. Certiorari granted.

No. 72–734. UNITED STATES *v.* CALANDRA. C. A. 6th Cir. Certiorari granted.

No. 72–888. ZAHN ET AL. *v.* INTERNATIONAL PAPER CO. C. A. 2d Cir. Motion of National Council of Senior Citizens et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 72–5794. DAVIS *v.* ALASKA. Sup. Ct. Alaska. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition which reads as follows:

"Did the trial court err in not permitting cross examination of chief identification witness Green concerning the nature of his juvenile record to bring before the jury the fact that Green was himself on probation for burglary at the time of the identification, thereby denying petitioner his Sixth Amendment right to confrontation?"

No. 72–5847. ALEXANDER *v.* GARDNER-DENVER CO. C. A. 10th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–5510. IRVING *v.* CASSCLES, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.